IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VIRGINIA MARIE BUELL,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

ORDER

19-cv-747-wmc

---

Pursuant to a joint motion for remand (dkt. #15) filed by the parties on February 11, 2020, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 11th day of February, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge